JOHN W. COLLINS, PLAINTIFF IN ERROR, v. THE PEOPLE, ETC., DEFENDANTS IN ERROR.

*Bigamy — Trial — place of — cannot be had in county where offense was not committed nor prisoner apprehended — 3 Rev. Stat. [5 ed.], 968, § 10.*

The plaintiff in error was indicted, tried and convicted of bigamy, in the Court of Sessions of Oswego county. The proof showed that the second marriage took place in Yates county, and that the prisoner was apprehended there; and the prisoner's counsel moved that the prisoner be discharged, as the offense was not committed nor the prisoner apprehended in Oswego county. *Held*, that the court erred in refusing to discharge the prisoner; the statute providing that, for a second or

* The *construction given* to the will by the decree, was that suggested in the opinion delivered in this case on a former hearing at General Term. (1 N. Y. Sup. Ct. Rep., 97.)

other marriage, the person committing such offense may be tried in any county in which such person may be apprehended. (3 R. S. [5 ed.], 968, § 10.)

WRIT of error to the Court of General Sessions of the Peace, in and for the county of Oswego.

*William Tiffany and W. G. Robinson*, for the plaintiff in error.

*J. J. Lamoree*, District Attorney, for the defendants in error.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Conviction reversed and prisoner discharged.